UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: _____

JOSE MARIA MAYORGA,

    Plaintiff,

vs.

T & G PAINTING, INC., and
OCTAVIO TORUNO,

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendant, T & G PAINTING, INC. (hereinafter "T & G PAINTING"), and Defendant, OCTAVIO TORUNO (hereinafter "TORUNO") (hereinafter collectively "Defendants"), by and through their undersigned counsel and pursuant to 28 U.S.C. § 1331 and 28 U.S.C. §1441(a), file this Notice of Removal of this cause from the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida and allege as follows:

1. Defendants are named in a civil action brought in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida captioned, *Jose Maria Mayorga v. T & G Painting, Inc. and Octavio Toruno,* Case No. 2020-012703 -CA-21. *See* Exhibit A.

2. Plaintiff served Defendants on June 25, 2020. *See* Exhibit B. Accordingly, this Notice of Removal is timely filed within thirty (30) days after the date of receipt of the summons and a copy of the initial pleading setting the claim for relief upon which this action is based. *See* 28 U.S.C. § 1446(b); *Murphy Brothers, Inc., v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354

(1999)(holding that thirty-day time period under removal statute begins to run from the date of formal service). Pursuant to Fed.R.Civ.P.81(c), Defendants may file their responsive pleadings to Plaintiff's Complaint within seven days after the filing of this Notice of Removal. Fed. R. Civ. P. 81(c).

3. Plaintiff filed a two-count Complaint alleging unpaid wages against T & G Painting and individually named Defendant Mr. Toruno. *See* Exhibit A. The claims for unpaid wages are brought pursuant to the Fair Labor Standards Act, 29 U.S.C. §201, et seq. *See* Exhibit A. This Court has original subject matter jurisdiction over Plaintiff's Complaint pursuant to 28 U.S.C. §1331.[1] *Breuer v. Jim's Concrete of Brevard, Inc.*, 538 U.S. 691, 694 (2003)[explaining that district courts have original jurisdiction over FLSA claims pursuant to §1331 and §1337(a)].

4. The United States District Court for the Southern District of Florida embraces the county in which the state court action is now pending and, therefore, this Court is a proper venue for this action pursuant to 28 U.S.C. § 105(a)(1).

5. As required by 28 U.S.C. § 1446(d), a Notice to State Court of Removal, along with a copy of this Notice of Removal, will be promptly filed in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida and served upon counsel. A copy of the Notice to State Court of Removal is attached as Exhibit C.

---

[1] The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treatises of the United States.

WHEREFORE, Defendants respectfully request that this matter be removed from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida.

DATED this 16th day of July 2020.

Respectfully submitted,

s/Ena T. Diaz
Ena T. Diaz
Fla. Bar No. 0090999
ENA T. DIAZ, P.A.
*Attorney for Defendants*
999 Ponce De Leon Blvd. – Ste 720
Coral Gables, FL 33134
Tel.: (305) 377-8828
Fax: (305) 356-1311
ediaz@enadiazlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the Notice of Removal was electronically filed with the Clerk of Court by using the CM/ECF system and was served via e-mail on counsel for Plaintiff, Plaintiff, Tanesha W. Blye, Esq., (tblye@saenzandanderson.com) Saenz & Anderson, PLLC., 20900 NE 30th Avenue, Ste. 800, Aventura, FL 33180 on this 16th day of July 2020.

s/Ena T. Diaz
ENA T. DIAZ